NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NVIDIA Corporation,<br><br>           Plaintiff(s),<br><br>    v.<br><br>Carlyle Fortran Trust et al,<br><br>           Defendant(s). | NO. C 05-00427 JW<br>C 05-00428 JW<br>C 05-00429 JW<br><br>**ORDER DENYING MOTION FOR ORDER SHORTENING TIME; SETTING HEARING DATE** |

On August 12, 2005, Defendants filed a motion for an order shortening time for hearing their "Motion to Consolidate Related Actions, or in the Alternative, to Coordinate or Stay" in three related actions: C05-427 JW, C05-428 JW, and C05-429 JW.  On August 15, 2005, the Trustee, William A. Brandt, Jr. filed an opposition to the motion for an order shortening time.  Based upon all papers filed to date, the motion for an order shortening time is DENIED.  Defendants' Motion to Consolidate Related Actions, or in the Alternative, To Coordinate or Stay shall be heard on September 19, 2005 at 9:00 a.m.  Any opposition to the motion must be filed and served no later than August 29, 2005.  Any reply must be filed and served no later than September 6, 2005.

Dated: August 16, 2005                              /s/James Ware
                                                                JAMES WARE
                                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas A. Applegate daa@sezalaw.com
Henry H. Oh henry.oh@dlapiper.com
James N. Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Morgan William Tovey mtovey@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com
Robert P. Varian rvarian@orrick.com

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

David M. Shannon
Stephen Pettigrew
Nvidia Corporation
2701 San Tomas Expressway
Santa Clara, CA 95050

**Dated: August 16, 2005**          **Richard W. Wieking, Clerk**

                                                 **By:__/s/JW Chambers_____**
                                                    **Ronald L. Davis**
                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California