IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NVIDIA Corporation, | NO. C 05-00427 JW |
| Plaintiffs, | NO. C 05-00428 JW |
| | NO. C 05-00429 JW |
| v. | This Order applies to all actions |
| Carlyle Fortran Trust, et al., | **ORDER CONTINUING HEARINGS** |
| Defendants. / | |
| Carramerica Realty Corp., et al., | |
| Plaintiffs, | |
| v. | |
| NVIDIA Corporation, et al., | |
| Defendants. / | |
| William Brandt, et al., | |
| Plaintiffs, | |
| v. | |
| NVIDIA Corporation, et al., | |
| Defendant(s). / | |

In the interest of judicial economy all hearings in the above cases currently scheduled for April 3, 2006 are continued to April 17, 2006.

Dated: March 20, 2006

05eciv0427etc_ctdhearings

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry H. Oh henry.oh@dlapiper.com
Dwight Craig Donovan Dwight@mbvlaw.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Robert P. Varian rvarian@orrick.com
James N. Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Ruth Young Kwon rkwon@orrick.com
Douglas A. Applegate daa@sezalaw.com
Richard C. Darwin rdarwin@buchalter.com

David M. Shannon
Stephen Pettigrew
Nvidia Corporation
2701 San Tomas Expressway
Santa Clara, CA 95050

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**Dated: March 20, 2006**             **Richard W. Wieking, Clerk**

                                      **By:    /s/ JW Chambers**

                                              **Melissa Peralta**
                                              **Courtroom Deputy**